IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PLACIDE SEGUERRE # 55906
STATE # CV-2109

_____

**Name of Plaintiff(s)**

v.

DR KRAK, DR KANTOR,
MR CHARLES ROSSI MEDICAL
ADMINISTRATOR OF GREENE COUNTY
PRISON WAYNESBURG, P-A.

**Name of Defendant(s)**

Civil Case No.

Judge

1 : CV01-1209
(Number and Judge to be assigned by court)

FILED HARRISBURG
OCT 1 8 2000
MARY E. D'ANDREA, CLERK
Per_____ FILED
DEPUTY CLERK SCRANTON
JUN 2 9 2001
PER_____
DEPUTY CLERK

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. __✓__   I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. __✓__   I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes _____   No __✓__

   (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
   Yes _____   No __✓__

(b) Please explain in detail why you are under imminent danger of serious physical injury:

N/A

4. (a) Are you presently employed at the Institution? Yes ___ No ✗

(b) If yes, what is your monthly compensation? $ N/A

5. Do you own any cash or other property; have a bank account; or receive money from any source? Yes ___ No ✗

If the answer is "yes" to any of the above, describe each source and the amount involved.

N/A

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 10/15/00
(Date)

_Sequasso Placide_
(Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

2

## Account Activity Ledger
From: 11/05/1999   To: 11/29/2000

Date: 11/29/2000
Time: 12:25

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 55976 | Name PLACIDE (I), SEGUERRE | | | Block NNF-3B | | | | |
| Initial Entry | 11/05/1999 | 08:58 | B#17603 | D | | 0.00 | | 0.00 |
| | 11/05/1999 | 09:20 | B#17604 | D | | 104.76 | | 104.76 |
| Sales Transaction | 11/11/1999 | 12:49 | I#1908 | I | 26.82 | | | 77.94 |
| cant.adj.(3.wrd.find | 11/15/1999 | 07:38 | B#17816 | D | | 10.50 | | 88.44 |
| Sales Transaction | 11/16/1999 | 14:08 | I#2250 | I | 5.97 | | | 82.47 |
| Sales Transaction | 11/22/1999 | 14:21 | I#3077 | I | 5.14 | | | 77.33 |
| Sales Transaction | 12/07/1999 | 13:49 | I#4522 | I | 3.65 | | | 73.68 |
| Sales Transaction | 12/20/1999 | 14:40 | I#6199 | I | 12.25 | | | 61.43 |
| COPIES - PIKE | 12/27/1999 | 14:03 | B#19099 | W | | | -2.50 | 58.93 |
| Sales Transaction | 01/04/2000 | 13:53 | I#7619 | I | 12.95 | | | 45.98 |
| | 01/17/2000 | 15:02 | B#19671 | D | | 50.00 | | 95.98 |
| Sales Transaction | 01/18/2000 | 13:50 | I#9113 | I | 8.82 | | | 87.16 |
| Sales Transaction | 01/25/2000 | 09:34 | I#9963 | I | 17.73 | | | 69.43 |
| Sales Transaction | 02/01/2000 | 09:59 | I#10718 | I | 1.20 | | | 68.23 |
| Sales Transaction | 02/08/2000 | 13:28 | I#11579 | I | 2.70 | | | 65.53 |
| Sales Transaction | 02/15/2000 | 13:35 | I#12258 | I | 16.44 | | | 49.09 |
| | 02/15/2000 | 14:53 | B#20482 | D | | 50.00 | | 99.09 |
| Sales Transaction | 03/13/2000 | 13:17 | I#15181 | I | 4.70 | | | 94.39 |
| Sales Transaction | 03/27/2000 | 14:14 | I#16715 | I | 13.65 | | | 80.74 |
| Sales Transaction | 04/10/2000 | 12:37 | I#18420 | I | 9.10 | | | 71.64 |
| | 04/14/2000 | 14:44 | B#22234 | D | | 75.00 | | 146.64 |
| Sales Transaction | 04/17/2000 | 14:12 | I#19146 | I | 8.05 | | | 138.59 |
| Sales Transaction | 04/24/2000 | 14:59 | I#19779 | I | 5.95 | | | 132.64 |
| Sales Transaction | 05/08/2000 | 14:41 | I#21402 | I | 7.60 | | | 125.04 |
| Sales Transaction | 05/15/2000 | 13:03 | I#22226 | I | 7.90 | | | 117.14 |
| Sales Transaction | 05/22/2000 | 12:52 | I#22956 | I | 3.68 | | | 113.46 |
| | 06/05/2000 | 12:52 | B#23684 | D | | 6.66 | | 120.12 |
| Sales Transaction | 06/05/2000 | 14:49 | I#24428 | I | 9.81 | | | 110.31 |
| Sales Transaction | 06/12/2000 | 14:30 | I#25228 | I | 5.10 | | | 105.21 |
| postage | 06/26/2000 | 07:56 | B#24245 | W | | | -0.33 | 104.88 |
| copies/pike | 06/26/2000 | 14:15 | B#24304 | W | | | -1.50 | 103.38 |
| Sales Transaction | 06/26/2000 | 14:32 | I#26858 | I | 0.75 | | | 102.63 |
| postage | 06/27/2000 | 07:18 | B#24317 | W | | | -0.33 | 102.30 |
| Sales Transaction | 06/30/2000 | 10:15 | I#27752 | I | 2.80 | | | 99.50 |
| copies/pike | 07/03/2000 | 14:20 | B#24486 | W | | | -1.00 | 98.50 |
| Sales Transaction | 07/17/2000 | 14:50 | I#29988 | I | 6.10 | | | 92.40 |
| Sales Transaction | 08/07/2000 | 15:00 | I#32189 | I | 4.89 | | | 87.51 |
| Sales Transaction | 08/14/2000 | 13:43 | I#32959 | I | 5.00 | | | 82.51 |
| Sales Transaction | 09/12/2000 | 14:30 | I#36203 | I | 9.09 | | | 73.42 |
| postage | 09/13/2000 | 07:20 | B#26713 | W | | | -0.33 | 73.09 |
| Sales Transaction | 09/19/2000 | 13:33 | I#36980 | I | 10.70 | | | 62.39 |
| Sales Transaction | 10/03/2000 | 13:35 | I#38704 | I | 6.80 | | | 55.59 |
| postage | 10/10/2000 | 06:46 | B#27530 | W | | | -0.33 | 55.26 |
| Sales Transaction | 10/10/2000 | 13:03 | I#39321 | I | 6.50 | | | 48.76 |

Page: 1

## Account Activity Ledger

From : 11/05/1999   To : 11/29/2000

Date : 11/29/2000
Time : 12:25

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 55976 | Name PLACIDE (I), SEGUERRE | | | Block NNF-3B | | | | |
| postage | 10/17/2000 | 06:42 | B#27735 | W | | | -0.55 | 48.21 |
| Sales Transaction | 10/31/2000 | 13:24 | I#41679 | I | 3.60 | | | 44.61 |
| Sales Transaction | 11/07/2000 | 11:32 | I#42490 | I | 3.88 | | | 40.73 |
| Sales Transaction | 11/20/2000 | 14:39 | I#44172 | I | 8.31 | | | 32.42 |
| | 11/27/2000 | 15:02 | B#29104 | D | | 30.00 | | 62.42 |
| | 11/28/2000 | 09:34 | B#29146 | D | | 5.00 | | 67.42 |
| Sales Transaction | 11/28/2000 | 14:06 | I#44949 | I | 34.18 | | | 33.24 |

|   |   |   |   |
|---|---|---|---|
| Deposits | 9 | For $ | 331.92 |
| Withdraws | 8 | For $ | -6.87 |
| Invoices | 34 | For $ | 291.81 |