*See Attachment*

5
8/15/01
JFM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:      <u>Seguerre v. Krak, et al.</u>     : CIVIL NO. 1:CV-01-1209
                                                :
Inmate:     Placide Seguerre                    : (Judge Rambo)
                                                :
ID Number:  55976                               : (Magistrate Judge Blewitt)

## ORDER

On June 29, 2001, the individual identified above filed a civil rights complaint without submitting a filing fee or the forms required to proceed <u>in forma pauperis</u>. By Administrative Order dated July 6, 2001, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, the Plaintiff either paid the statutory filing fee of $150.00 or filed a properly completed application to proceed <u>in forma pauperis</u> and authorization form. Notwithstanding this admonition, thirty (30) days have elapsed and the plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

Certified from the record
Date 8/14/01
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

FILED
HARRISBURG, PA
AUG 1 4 2001
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

**THEREFORE, IT IS HEREBY ORDERED THAT** this action is

**DISMISSED** without prejudice, and the Clerk of Court shall close this file.

*/s/ Sylvia H. Rambo*
Sylvia H. Rambo
United States District Judge

DATE: August  14  , 2001

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 14, 2001

Re: 1:01-cv-01209   Seguerre v. Krak

True and correct copies of the attached were mailed by the clerk to the following:

Placide Seguerre
CTY-YORK
York County Prison
55976
3400 Concord Road
York, PA  17402

cc:
Judge                       (✓)
Magistrate Judge            (✓)
U.S. Marshal                ( )
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               (✓)
Federal Public Defender     ( )
Summons Issued              ( ) with N/C attached to complt. and served by:
                                U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5         ( )
Order to Show Cause         ( ) with Petition attached & mailed certified mail
                                to: US Atty Gen ( )    PA Atty Gen ( )
                                    DA of County ( )   Respondents ( )
Bankruptcy Court            ( )
Other_____   ( )

( ) Pro Se Law Clerk
( ) INS
( ) Jury Clerk

MARY E. D'ANDREA, Clerk

DATE: _____8/14/01_____          BY: _____
                                      Deputy Clerk