RECEIVED
HARRISBURG, PA
JAN 07 2002
MARY E. D'ANDREA, CLERK
Per _____

FILED
SCRANTON
JAN -7 2002
PER _____
DEPUTY CLERK

1/01CV/1209

December 27, 2001

Seguerre Placide
Montgomery C. C. F.
60 Eagleville Road
Norristown P. A. 19403

To: United States Courthouse
Federal Office Building
Harrisburgh P. A. 17108

To whom it may concern at the clerk's office of the United States District Court. I am writing to you about getting some information from this court. I have filed a 42 U. S. 1983 Civil law suit against the Dentist Department for incident that happened on or about February, 2000. Due to negligence of Correctional Department Service, they have loose my legal papers and I am unable to find any document with my assign number for this case.

I am asking for the help of this Honorable Court in this matter to see if your office can in any way provide me with the docket number of the case mentioned in this letter. I am hoping that it's possible to find anything I have in this Court under my name Seguerre Placide.

I wrote to you before about the concern where I was in a different jail York County Prison, address 3400 Concord Rd. P.A. I had difficulties in receiving and sending mail in that Institution. Please send me the information that I am looking for.

I thank you very much in advance for your service and your cooperation in the matter and I'm looking forward to hearing from you soon.

Respectfully Submitted,

*Seguerre Placide*
SEGUERRE PLACIDE

cc: File